# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>LA PALOMA GENERATING<br>COMPANY, LLC, et al.,<br>_____ | No. 1:18-CV-01759<br><br>(Judge Brann)[1] |
| PETER KRAVITZ, *solely in his capacity as the Liquidating Trustee of the La Paloma Liquidating Trust*,<br><br>      Appellant,<br>  v.<br><br>CALIFORNIA STATE BOARD OF EQUALIZATION,<br><br>      Appellee. | |

## **ORDER**

**AND NOW**, this 9th day of January 2019, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Mary Pat Thynge, December 4, 2018, ECF No. 6, is **ADOPTED in full**.

2. This matter is withdrawn from mandatory mediation.

3. The parties joint briefing schedule is adopted.

---

[1] An Article III Judge in the Middle District of Pennsylvania sitting by designation in the District of Delaware in lieu of the then vacant judgeships in that District.

a. The appellant filed his statement of issues and record designations November 21, 2018.

b. Appellee's counter-designations, if any, were to be filed December 5, 2018.

c. Appellant's principal brief in the appeal shall be filed no later than January 16, 2019.

d. Appellee's response brief in the appeal shall be filed no later than February 25, 2019.

e. Appellant's reply brief in the appeal shall be filed no later than March 21, 2019.

f. Federal Rule of Bankruptcy Procedure 8015 shall apply to the form and length of all briefing in the appeal.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge